No. 95–1273. ROCKEFELLER ET AL. *v.* POWERS ET AL.; and
No. 95–1468. POWERS ET AL. *v.* ROCKEFELLER ET AL. C. A. 2d Cir. Motion of William Powers et al. to defer consideration of petitions for writs of certiorari denied. Certiorari denied. Reported below: 74 F. 3d 1367.

No. 95–1284. NORWEST CORP., FKA NORTHWEST BANCORPORATION, ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 95–1438. CURRY *v.* E-SYSTEMS, INC. C. A. 4th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 95–1407. MARYLAND *v.* GADSON. Ct. App. Md. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 95–1431. MIDWEST MOTOR EXPRESS, INC., ET AL. *v.* CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND. C. A. 8th Cir. Motion of Regular Common Carrier Conference for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 95–1467. PILLSBURY CO., INC. *v.* PORT OF CORPUS CHRISTI AUTHORITY. C. A. 5th Cir. Motion of Port of Houston Authority for leave to file a brief as *amicus curiae* granted. Certiorari denied.